**Dismiss Writ and Opinion Filed July 5, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00849-CV**

**IN RE JIMMY DEWAYNE HILL, Relator**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-53582W**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lewis
Opinion by Justice Francis

Before the Court is relator's petition for writ of mandamus naming his attorney as respondent. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over relator's attorney. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2010). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

130849F.P05